IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ALLISON BARBIERI,

    Plaintiff,

v.

CAROLYN COLVIN,

    Defendant.

No. C 14-00469 WHA

**ORDER TO SHOW CAUSE RE IFP STATUS**

In light of the fact that plaintiff is represented by counsel in this social security appeal, plaintiff is **ORDERED TO SHOW CAUSE BY NOON ON FEBRUARY 7** why IFP status should not be revoked. If counsel is representing plaintiff on a contingency basis, counsel usually fronts the costs of prosecuting the action.

**IT IS SO ORDERED.**

Dated: February 4, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE